*In re* JOSÉ A. FELICIANO RODRÍGUEZ.

*Número:* 3317        *Resuelto:* 11 de diciembre de 1998

*Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías*, en informe; *José A. Feliciano Rodríguez, pro se.*

PER CURIAM: El 5 de febrero y el 24 de julio de 1998 la Directora de la Oficina de Inspección de Notarías compareció ante nos y nos informó sobre el incumplimiento del Lcdo. José A. Feliciano Rodríguez con varios de sus deberes como notario. Ello dio lugar a que el 25 de agosto de 1998, mediante resolución, le ordenáramos al licenciado Feliciano mostrar causa por la cual no debía ser disciplinado por remitir tardíamente: (1) los Índices Notariales de 1996, 1997 y 1998, y (2) los Informes Anuales de 1995 y 1996.

El 10 de noviembre de 1998, el licenciado Feliciano contestó nuestra orden de mostrar causa y nos indicó que se atendría a cualquier sanción que le fuere impuesta por su incumplimiento con los deberes notariales referidos. Soli-

citó que fuéramos lenientes, en vista de los problemas personales y de salud que había sufrido durante los pasados tres años.

## I

Reiteradamente hemos resuelto que no rendir los Índices Notariales dentro del término establecido por ley constituye una conducta ilegal que puede acarrear la imposición de medidas disciplinarias. *In re Jusino López*, 145 D.P.R. 52 (1998). Véanse, además: *In re Garay Texidor*, 142 D.P.R. 220 (1997); *In re Santiago Arroyo*, 132 D.P.R. 239 (1992). La inobservancia en la presentación de los Índices Notariales mensuales constituye una desviación de lo exigido por ley. La omisión de enviarlos dentro del término establecido por ley puede prestarse a actuaciones de naturaleza grave y contribuir a la desviación de la fe pública de que están investidos los notarios. *In re Alvarado Tizol*, 122 D.P.R. 587 (1988); *In re Colón de Zengotita*, 116 D.P.R. 303, 305 (1985). El notario debe tener presente que la obligación que impone la ley de rendir sus Índices Notariales es de estricto cumplimiento. Su incumplimiento coloca al notario en el umbral de la incapacidad para ejercer el notariado. *In re Rivera Lassen*, 116 D.P.R. 325 (1985).

## II

El Lcdo. José A. Feliciano Rodríguez reiteradamente ha dejado de cumplir su deber de rendir los Índices Notariales a tiempo. Así lo ha admitido el propio abogado. También ha faltado a su deber de rendir los Informes Anuales. Aun tomando en consideración las circunstancias que ha aducido para su incumplimiento, éste no puede quedar impune.

Por todo lo antes expuesto, *se suspende al Lcdo. José A.*

*Feliciano Rodríguez del ejercicio de la notaría por el término de tres (3) meses, contados desde la notificación de esta opinión per curiam, y hasta que otra cosa disponga este Tribunal. Se le apercibe al licenciado Feliciano Rodríguez de que en el futuro deberá ser más diligente con respecto al cumplimiento de sus deberes profesionales. Futuros incumplimientos han de acarrear sanciones más severas.*

*Se dictará sentencia de conformidad.*

El Juez Presidente Señor Andréu García y el Juez Asociado Señor Rebollo López no intervinieron.